**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

PETER LEE ANDREWS,
    Plaintiff,

                              Case Number 3:05-cv-00281-TMB

v.

MIKE ADDINGTON,
    Defendant.             **JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT this action is DISMISSED with prejudice, and this dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

APPROVED:

_____
/s/TIMOTHY M. BURGESS
United States District Judge

_____
Date: June 19, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                          _____
                                          Ida Romack, Clerk of Court

[andrews judgment.wpd]{JMT2.WPT*Rev.3/03}